

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2014

No. 04-14-00704-CR

Daryl Allan **HATFIELD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8888
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

On February 21, 2014, the trial court entered a Nunc Pro Tunc in cause number 2012-CR-8888. On October 14, 2014, Appellant Daryl Allan Hatfield filed a notice of appeal contending error in the Nunc Pro Tunc.

A judgment nunc pro tunc is an appealable order. *Blanton v. State*, 369 S.W.3d 894, 903 (Tex. Crim. App. 2012). To perfect an appeal, however, the notice of appeal must be filed within thirty days of the date that the trial court signs the judgment nunc pro tunc. *Dewalt v. State*, 417 S.W.3d 678, 689 (Tex. App.—Austin 2013), pet. ref'd, 426 S.W.3d 100 (Tex. Crim. App. 2014).

"If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction." *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). We ORDER Appellant Hatfield to show cause in writing not later than **November 17, 2014** explaining why this appeal should not be dismissed for want of jurisdiction. *See Blanton*, 369 S.W.3d at 903.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court